AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_\_\_

SCOTSMAN DEVELOPMENT
CORPORATION, et al.,

      Plaintiffs,

V.

                  JUDGMENT IN A CIVIL CASE

                  CASE NUMBER: **3:06-CV-00553-BES-VPC**

DOUGLAS COUNTY, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Nevada Northwest/Scottsman as to its third claim for relief.


   March 24, 2008                                   **LANCE S. WILSON**
                                                                        Clerk

                                                                        /s/ Daniel R. Morgan
                                                                        Deputy Clerk